FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0174

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0174

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WILLIAM E. CUNNINGHAM,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 9, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 6 2021